USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,              :     15-Cr-854 (SHS)

   -against-                              :
                                                                                    ORDER
DAVID BUCKHANON,                       :

              Defendant.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        A conference having been held today,

        IT IS HEREBY ORDERED that:

        1.    There will be a conference on August 13, 2019, at 3:30 p.m., at which time defendant will notify the Court whether he wishes to (a) withdraw his application to withdraw his guilty plea and proceed to sentencing, or (b) maintain his application to withdraw his guilty plea and proceed to trial. There will be no further adjournments of this date;

        2.    If defendant decides to proceed to trial, the trial of this action will commence on November 4, 2019, at 9:30 p.m.;

        3.    The proposed jury charges, proposed *voir dire*, and any motions *in limine* are due by September 30, 2019; and

        4.    Responses to any motions *in limine* are due by October 7.

Dated: New York, New York
       July 9, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.