# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

**565 FIFTH AVENUE**
**NEW YORK, NEW YORK 10017**
**(212) 856-9600**
FAX: (212) 856-9494

**www.maglaw.com**

WRITER'S CONTACT INFORMATION

rradick@maglaw.com
dcain@maglaw.com
(212) 856-9600

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR
1939-2009

*ALSO ADMITTED IN WASHINGTON, D C
**ALSO ADMITTED IN CONNECTICUT

September 24, 2019

**By ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10017

RE:     *United States v. David Buckhanon*, 15 cr. 854

Dear Judge Stein:

We respectfully submit this letter in connection with our representation of David Buckhanon. As the Court may recall, following our appointment to represent him, Mr. Buckhanon reassessed his then-pending motion to withdraw the guilty plea that he had entered before Magistrate Judge Cott, and on August 13, 2019, Mr. Buckhanon decided to maintain that plea of guilty. Sentencing is currently scheduled for October 16, 2019, and our sentencing submission on behalf of Mr. Buckhanon is due on October 2, 2019. However, as we explain in this letter, it now appears there may have been a breakdown in our relationship with Mr. Buckhanon.

Over the course of the last 11 days, one or both of us have attempted to meet with Mr. Buckhanon at the Metropolitan Detention Center on three separate occasions. The purpose of these attempted meetings has been to confer with Mr. Buckhanon regarding the sentencing proceeding, to prepare him for that proceeding, and to obtain information that we believe is relevant and necessary to our completion of a draft sentencing submission on Mr. Buckhanon's behalf. However, on each occasion — including, most recently, the morning of September 23 — it appears that Mr. Buckhannon has declined to leave his housing unit at the MDC, and has thereby refused to meet with us. As a result, we have not been able to see or speak with Mr. Buckhanon since the August 13 conference in which he decided to withdraw his guilty plea, nor have we been able to prepare our sentencing submission on his behalf.

Honorable Sidney H. Stein
September 24, 2019
Page 2


In light of the foregoing, we respectfully request that the Court schedule an appearance to address with Mr. Buckhanon whether there has in fact been a breakdown in our relationship, and if so, what course of action should be taken.  Although we are mindful that Mr. Buckhanon's case has been pending for some time and that his sentencing date is approaching, we believe that such a conference is appropriate and necessary before we can move ahead with further efforts in this case.

We thank the Court for its attention to this matter, and are happy to answer any questions Your Honor may have.

Respectfully submitted,

Robert M. Radick
Devin M. Cain

cc:    AUSA Maurene Comey (by ECF)